AUSA: Susan Fairchild  Telephone: (313) 226-9577
Officer: Christopher Carr  Telephone: (313) 378-8942

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose Alfredo BAUTISTA-JIMENEZ,

Case No. 24-30369

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 20, 2024 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a),(b)(1) | Unlawful Reentry Following Removal, Prior Felony Conviction |

This criminal complaint is based on these facts:

On or about August 20, 2024, in the Eastern District of Michigan, Southern Division, Jose Alfredo Bautista-Jimenez, a citizen and national of Mexico, who had previously been convicted of a felony offense, and was subsequently excluded, deported, and removed therefrom on or about July 14, 2020, was found in the United States without having received the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☐ Continued on the attached sheet.

_____
Complainant's signature

Christopher Carr, Deportation Officer, ICE/ERO
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 27, 2024

_____
Judge's signature

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Christopher Carr, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). I have been employed in this capacity since March 2019. Currently, I am assigned to the Criminal Alien Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Jose Alfredo BAUTISTA-JIMENEZ, which attests to the following:

2. BAUTISTA-JIMENEZ is a forty-six-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

3. On May 4, 2016, US Border Patrol Agents arrested BAUTISTA-JIMENEZ near Laredo, TX and issued him an I-860, Notice and Order of Expedited Removal.

4. On May 5, 2016, the U.S. District Court, Southern District of Texas- Laredo Division convicted BAUTISTA-JIMENEZ for the offense of Entering the United States Illegally in violation of 8 U.S.C. §1325(a)(1) and sentenced him to 5 days confinement.

5. On May 6, 2016, ICE removed BAUTISTA-JIMENEZ to Mexico via Laredo, Texas.

6. On April 2, 2020, the Oakland County Sheriff's Department arrested BAUTISTA-JIMENEZ for assault excluding sexual. According to the police report, BAUTISTA-JIMENEZ threatened his wife with a knife and threated to stab her in the back.

7. On April 8, 2020, ERO Detroit served BAUTISTA-JIMENEZ with an I-871, Notice of Intent/Decision to Reinstate Prior Order.

8. On June 25, 2020, the U.S. District Court Eastern District of Michigan in Detroit, MI convicted BAUTISTA-JIMENEZ for the offense of Unlawful Re-entry After Removal in violation of 8 U.S.C. §1326(a) and sentenced him to 2 months imprisonment with time-served and 1year supervised release.

9. On July 14, 2020, ICE removed BAUTISTA-JIMENEZ to Mexico via Laredo, Texas.

10. On August 17, 2024, the Oakland County Sheriff's Department arrested BAUTISTA-JIMENEZ for Assault with A Dangerous Weapon (Felonious Assault). Charges still pending.

11. On August 20, 2024, ERO Detroit arrested BAUTISTA-JIMENEZ at the

Oakland County Jail in Pontiac, Michigan. ICE ERO Detroit transported BAUTISTA-JIMENEZ from the Oakland County Jail to the Detroit ICE Field Office and served him with a Notice of Intent /Decision to Reinstate prior order. ICE searched his fingerprints in government electronic systems resulting in a positive match for Jose Alfredo BAUTISTA-JIMENEZ, DOB 11/14/1977, AXXX XXX 383, a previously removed alien.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Jose Alfredo BAUTISTA-JIMENEZ AXXX XXX 383, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that BAUTISTA-JIMENEZ is an alien, who had previously been convicted of

a felony offense and was subsequently removed from the United States on July 14, 2020, and who was found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Christopher Carr, Deportation Officer
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge